# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE RUNION,** | : CIVIL ACTION NO. 1:15-CV-2159 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **EQUIPMENT TRANSPORT, LLC,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 20th day of March, 2017, upon consideration of defendant's motion (Doc. 39) to strike plaintiff's sur-reply brief or, in the alternative, for leave to file a response thereto, it is hereby ORDERED that defendant's motion (Doc. 39) is DENIED to the extent defendant requests the court to strike plaintiff's sur-reply brief but is GRANTED to the extent defendant requests leave to file a response thereto.  Defendant shall file any response to plaintiff's sur-reply brief (Doc. 38) on or before **Friday, March 31, 2017**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania