# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE RUNION,** | : | CIVIL ACTION NO. 1:15-CV-2159 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **EQUIPMENT TRANSPORT, LLC,** | : | |
| Defendant | : | |

## **ORDER and JUDGMENT**

AND NOW, this 1st day of September, 2017, upon consideration of the motion (Doc. 27) for summary judgment by Equipment Transport, LLC, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 27) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendant and against plaintiff on the sole count of plaintiff's complaint.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania